**PRATHER v. STATE.**
No. 26209.

Court of Criminal Appeals of Texas.
Jan. 28, 1953.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Judge.

The conviction is for the offense of driving while intoxicated; the punishment assessed a fine of $100.

All proceedings appear to be regular. There are no bills of exception or statement of facts brought forward on appeal.

The judgment is affirmed.

**Ex parte Norma BRIDGES.**
No. 26291.

Court of Criminal Appeals of Texas.
Feb. 4, 1953.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

This is an appeal from an order of the Judge of the 107th Judicial District Court remanding relator to the custody of the Sheriff of Cameron County for delivery to the agent of the State of Florida.

Relator has filed her affidavit to withdraw her appeal herein.

The same is granted, and the appeal is dismissed.